No. 1124. CALIFORNIA v. NOROFF ET AL. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Gordon Ringer,* Assistant Attorney General, *Roger Arnebergh, Philip E. Grey* and *Michael T. Sauer* for petitioner.

No. 1136. FINCH ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. *Robert O. Swimmer* for petitioners. *Solicitor General Griswold, Assistant Attorney General Martz, Roger P. Marquis* and *Raymond N. Zagone* for the United States et al.

No. 1137. AMERICAN FLYERS AIRLINE CORP. v. Mc-GOHEY, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *Phillip D. Bostwick, Austin P. Magner* and *J. Patrick Hickey* for petitioner. *Lee S. Kreindler* and *Andrew P. O'Rourke* for respondent.

No. 1057. FEDERAL TRADE COMMISSION v. AMERICAN MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Turner, Harris Weinstein, Howard E. Shapiro* and *James McI. Henderson* for petitioner. *Forrest A. Hainline, Jr.,* for respondents.

No. 255, Misc. DIPRIMA v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *R. L. Lattimore, Howard M. Fender, Robert E. Owen* and *Lonny F. Zwiener,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for respondent.